# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

___

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 15-165 (24) (JRT/LIB) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| NAKOYA HARRIS KEEZER, | |
| Defendant. | |

___

Deidre Aanstad and Melinda Williams, Assistant United States Attorneys, **OFFICE OF THE UNITED STATES ATTORNEY,** 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for the plaintiff.

David Izek, **ALTMAN & IZEK,** 901 North Third Street, Suite 140, Minneapolis, MN 55401-1121, for defendant.

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS HEREBY ORDERED THAT**:

Defendant's Motion to Sever Defendant, [Docket No. 530], is **DENIED** without prejudice.

Dated: February 26, 2016  
at Minneapolis, Minnesota

s/John R. Tunheim  
JOHN R. TUNHEIM  
Chief Judge  
United States District Court